FILED'07 OCT 29 10:30USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA )
) No. CR 07-30008-PA
v. )
) ORDER
JOSE DURAN DE SANTIAGO, )
)
Defendant. )

**PANNER, District Judge:**

Defendant's motion (# 13) to suppress is denied. The officers collectively had sufficient information to justify the stop and search of defendant's vehicle at the time and place that this occurred.

IT IS SO ORDERED.

DATED this 29th day of October, 2007.

Owen M. Panner
United States District Judge